|  | AUSA: | S. Fairchild | Telephone: | (313) 226-9577 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | Brian N. Soles | Telephone: | (313) 806-1975 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America

v.

Yerson Neptali Adan ALVAREZ-LOPEZ, a/k/a Edwin Adan GUNERA-RODRIGUEZ,

Case: 2:25-mj-30468
Assigned To : Unassigned
Assign. Date : 7/22/2025
Description: CMP USA v Alvarez-Lopez (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 20, 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Brian N. Soles, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: July 22, 2025

City and state: Detroit, MI

Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT

I, Brian N. Soles, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Border Patrol and I have been employed in this capacity since July of 2009. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official immigration file and system automated data relating to Yerson Neptali Adan ALVAREZ-LOPEZ (a/k/a Edwin Adan GUNERA-RODRIGUEZ), which attests to the following:

2. Yerson Neptali Adan ALVAREZ-LOPEZ is a thirty-one-year-old male, native and citizen of Honduras, who claims to have entered the United States at or near Eagle Pass, Texas on an unknown date in 2022, without being admitted, inspected or paroled by an Immigration Officer.

3. On or about September 29, 2016, ALVAREZ-LOPEZ was apprehended by U.S. Border Patrol Agents after entering the United States illegally near Hidalgo, Texas. ALVAREZ-LOPEZ claimed to be a minor traveling with his father. ALVAREZ-LOPEZ and his father were processed as a family unit, issued a Notice to Appear and released on their own recognizance.

4. On June 18, 2018, ALVAREZ-LOPEZ was ordered removed in absentia by an Immigration Judge in Memphis, Tennessee, after he failed to appear for his scheduled immigration hearing.

5. On or about February 20, 2020, ALVAREZ-LOPEZ was apprehended by U.S. Border Patrol Agents near Pontiac, Michigan. ALVAREZ-LOPEZ was processed as a Bag and Baggage and set up for removal. A "Bag and Baggage" return follows a formal notice sent by the U.S. government to an individual ordered deported, instructing them to report to a designated location with their belongings on a specific date for removal from the country.

1

6. ALVAREZ-LOPEZ was subsequently removed from the United States to Honduras via Alexandria, Louisiana on March 4, 2020.

7. On or about June 5, 2021, ALVAREZ-LOPEZ was apprehended by U.S. Border Patrol Agents near Eagle Pass, Texas. ALVAREZ-LOPEZ was returned to Mexico under Title 42 on the same day.

8. On or about June 8, 2021, ALVAREZ-LOPEZ was apprehended by U.S. Border Patrol Agents near Eagle Pass, Texas. ALVAREZ-LOPEZ was returned to Mexico under Title 42 on the same day.

9. On or about June 19, 2021, ALVAREZ-LOPEZ was apprehended by U.S. Border Patrol Agents near Del Rio, Texas. ALVAREZ-LOPEZ was returned to Mexico under Title 42 on the same day.

10. On or about July 18, 2021, ALVAREZ-LOPEZ was apprehended by U.S. Border Patrol Agents near Eagle Pass, Texas. ALVAREZ-LOPEZ was returned to Mexico under Title 42 on the same day.

11. On or about July 20, 2025, ALVAREZ-LOPEZ was apprehended by U.S. Border Patrol Agents from the Marysville Station in Shelby Township, Michigan during a traffic stop after determining that he was illegally present in the United States after having been removed to Honduras on March 4, 2020.

12. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13. Review of records from the alien file (A# xxx xxx 200) for ALVAREZ-LOPEZ and queries in U.S. Department of Homeland Security databases confirm that no record exists of ALVAREZ-LOPEZ obtaining permission

2

      from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on March 4, 2020.

14. Based on the above information, there is probable cause to believe that, on or about July 20, 2025, at or near Shelby Township, MI, in the Eastern District of Michigan, Southern Division, Yerson Neptali Adan ALVAREZ-LOPEZ, an alien from Honduras, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about March 4, 2020, at or near Alexandria, Louisiana and not having obtained the express consent from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

                                            Brian N. Soles, Border Patrol Agent
                                            U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

July 22, 2025

3